UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH DOUGLAS THOMAS,

    Defendant.

Case No. 01CR80707 01
Hon. Matthew F. Leitman

_____/

## INSTALLMENT PAYMENT AGREEMENT

I, **Keith Douglas Thomas**, hereby agree as follows:

1. I shall make payments of at least **$1,756.95** each month on the debt the Court ordered me to pay in this action.

2. I shall make a single installment payment of at least $1,200.00 by Friday, July 19, 2024.

3. I understand:

    a. payments made by check, money order, or other certified funds are to be made payable to "Clerk, U.S. District Court";

    b. to receive credit for payments I must note on the check, money order, or other certified funds my Criminal Case No. 2:01CR80707 01;

    c. payments are to be delivered directly to the Clerk of the

United States District Court at:

> **Clerk's Office**
> **Theodore Levin U.S. Courthouse**
> **231 W. Lafayette, Rm 599**
> **Detroit, MI 48226**

   d. payments can be made electronically at https://www.pay.gov/public/form/start/80442445 and must reference **CCAM: DMIE201CR080707001**.

4. My first installment payment of **$1,756.95** shall be due on or before **August 19, 2024**, and shall continue on the **nineteenth (19th) day of each month** for twelve (12) months.

5. A Statement of Account will be sent to my last known address each month showing the application of each payment and providing the amount and due date of the next payment. A perforated coupon is attached to the bottom of each statement, addressed to the United States District Clerk. For faster processing, the coupon should be included with the payment. In the event a monthly statement and payment coupon is not received, it is still my responsibility to make my payment on time to the United States District Clerk. The coupon is sent as a courtesy reminder of the monthly obligation.

6. It is my duty to keep the United States Attorney's Office informed

2

of any changes to my financial status and comply with all requests for this purpose. I agree and understand that I am required to keep the United States informed in writing of any material change in my financial situation or ability to pay this judgment debt and of any change in my employment or change in residence.

7. I agree and understand that, besides my regular monthly payment, the United States has submitted my debt to the Treasury for inclusion in the Treasury Offset Program for my prior default. Under this program, any federal payments I would normally receive may be offset and applied to this debt.

8. Default under this Agreement includes: (a) failure to make a payment on or before its due date; (b) failure to respond to a request for information from the United States within 30 days of the request; or (c) should I act or fail to act in any manner to hinder or delay the collection of my debt, as defined under 18 U.S.C. § 3572(i).

9. If I default under this Agreement, the United States may – at its sole discretion – move for entry of the Stipulated Agreement for Final Order of Continuing Garnishment for the remainder of my debt or any other action authorized under 18 U.S.C. § 3613.

## KEITH DOUGLAS THOMAS
*Defendant Judgment-Debtor*


| | |
|---|---|
| _07/26/2024____ | _s/ Keith Douglas Thomas (See attached)_ |
| Date | Keith Douglas Thomas |
| | *Defendant* |

## UNITED STATES OF AMERICA
*Certification Pursuant to 18 U.S.C. § 3664(k)*

Pursuant to 18 U.S.C. § 3664(k), I, Jessica A. Nathan, Assistant United States Attorney for the Money Laundering and Asset Recovery Unit, hereby certify that upon review of the above-named defendant's financial status, on July 26, 2024, the victims in this matter were notified of the change in the defendant's economic circumstances since the Court ordered him to pay restitution in the amount of $28,918.35, with interest. The United States recommends the Court approve the Installment Payment Agreement pursuant to 18 U.S.C. §§ 3572(d) and 3664(k).

Respectfully submitted,

DAWN N. ISON
United States Attorney

By: s/ Jessica A. Nathan
    JESSICA A. NATHAN
    Assistant United States Attorney
    United States Attorney's Office
    211 W. Fort St., Ste. 2001
    Detroit, MI 48226
    (313) 226-9643
    jessica.nathan@usdoj.gov
    (TX 24090291)

**KEITH DOUGLAS THOMAS**
*Defendant Judgment-Debtor*

7-24-2024
Date

*Keith Thomas* (signature)

Keith Douglas Thomas
*Defendant*

**UNITED STATES OF AMERICA**
*Certification Pursuant to 18 U.S.C. § 3664(k)*

Pursuant to 18 U.S.C. § 3664(k), I, Jessica A. Nathan, Assistant United States Attorney for the Money Laundering and Asset Recovery Unit, hereby certify that upon review of the above-named defendant's financial status, on _____, the victims in this matter were notified of the change in the defendant's economic circumstances since the Court ordered him to pay restitution in the amount of $28,918.35, with interest. The United States recommends the Court approve the Installment Payment Agreement pursuant to 18 U.S.C. §§ 3572(d) and 3664(k).

Respectfully submitted,

DAWN N. ISON
United States Attorney

By: _____
JESSICA A. NATHAN
Assistant United States Attorney
United States Attorney's Office
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9643
jessica.nathan@usdoj.gov
(TX 24090291)

4

Pursuant to 18 U.S.C. §§ 3572(d) and 3664(k), and upon agreement by the parties above, and **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Installment Payment Agreement is approved;

2. Defendant Keith Douglas Thomas, shall make a single installment restitution payment of at least $1,200.00 by Friday, July 19, 2024;

3. Defendant Keith Douglas Thomas, shall make restitution payments in this case at the rate of $1,756.95 per month; and

4. Defendant Keith Douglas Thomas shall remain on the Treasury Offset Program.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: July 30, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 30, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126